UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HURLEY, ET AL.                                                    CIVIL ACTION

VERSUS

LIBERTY MUTUAL INSURANCE                              NO. 20-00131-BAJ-SDJ
COMPANY, ET AL.

### RULING AND ORDER

Before the Court is Plaintiffs Mark Raymond Hurley and Annie Hurley **Motion to Remand (Doc. 5)**, seeking to remand this matter to the 20th Judicial District Court for the Parish of East Feliciana, Louisiana due to lack of subject matter jurisdiction. The Magistrate Judge has issued a **Report And Recommendation (Doc. 10)** recommending that Plaintiffs' Motion be granted, and that this matter should be remanded to the 20th Judicial District Court for the Parish of East Feliciana as the amount in controversy is below $75,000. There are no objections to the Report and Recommendation.

Having carefully considered Defendant's Notice of Removal, Plaintiffs' Motion to Remand, and related filings, the Court **APPROVES** the Magistrate Judge's **Report And Recommendation (Doc. 10),** and **ADOPTS** it as the Court's opinion herein.

Accordingly,

20 th JDC

**IT IS ORDERED** that Plaintiffs' Motion to Remand (Doc. 5) be **GRANTED** and that this matter be **REMANDED** to the 20th Judicial District Court for the Parish of East Feliciana, Louisiana.

Baton Rouge, Louisiana, this 17th day of September, 2020

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA